AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**
May 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
DEPUTY

|  |  |
|---|---|
| United States of America<br>v.<br><br>_____Ivan Ulises GOMEZ-Villezcas_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

**EP:25-M-02143-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____May 01, 2025_____ in the county of _____El Paso_____ in the
_____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 (a)(1)(A)(v)(I), (a)(I)(A)(ii) and (a)(I)(B)(i) | knowing, intentionally, and unlawfully conspired combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely; knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien withing the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Complaint sworn to telephonically on
_____May 06, 2025_____ at _____02:00 PM_____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Veronica Garcia
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: _____May 06, 2025_____

City and state: _____El Paso, Texas_____

_____
*Judge's signature*
Miguel A. Torres
*United States Magistrate Judge*

## FACTS

On or about May 01, 2025, the DEFENDANT, Ivan Ulises GOMEZ-Villezcas, a native and citizen of Mexico, applied for admission into the United States from Mexico via pedestrian primary lanes at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT presented his I-551 Legal Permanent Resident card bearing his name, photograph, and date of birth, as his entry document to primary Customs and Border Protection Officer (CBPO). CBP Officer obtained a verbal declaration from the DEFENDANT, and the DEFENDANT claimed to have in his possession about $3, 000.00 US dollars, stating to be proceeds from a vehicle he sold.  CBP Officer asked the DEFENDANT for details of the vehicle he sold, in which the DEFENDANT was unable to answer. During the primary inspection, CBP Officer ran routine systems queries and received a system generated alert. The primary officer escorted the DEFENDANT to Passport Control Secondary (PCS) for further inspection.

In PCS, a basic search of the DEFENDANT's cellphone revealed proof of life videos, time at which DEFENDANT admitted his involvement in alien smuggling. The DEFENDANT admitted that he had transported individuals from El Paso, Texas to Albuquerque, New Mexico who had been smuggled into the United States. The DEFENDANT was then served with Form I-214 (Spanish version), Warning of Rights, which he read, stated he understood, and waived legal representation. The DEFENDANT admitted that he had knowingly and willingly transported illegal aliens within the United States for financial gain. The DEFENDANT further stated he transported illegal aliens within the United States on two occasions getting paid approximately $400.00 US dollars per person. The DEFENDANT admitted that the $3,000.00 US dollars in his possession were proceeds from illegal activity. The DEFENDANT further admitted he knew transporting illegal aliens within the United States is a crime.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

**CRIMINAL RECORD:**

None can be established at this time.

**IMMIGRATION RECORD:**

None can be established at this time.